# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAM AVNY** and **MARTHA AVNY,**
Appellants,

v.

**BARRON DEVELOPMENT**, a Florida corporation, **CONCRETE HOLDINGS AND SERVICES, LLC,** a Florida limited liability company, d/b/a **C&C CONCRETE PUMPING,**
Appellees.

No. 4D20-619

[June 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2015-CA-009121-XXXX-MB.

Richard R. Chaves of Ciklin Lubitz, West Palm Beach, for appellants.

Morgan L. Weinstein of Twig, Trade & Tribunal, PLLC, Fort Lauderdale, for appellee Barron Development.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***